E-FILED 08/25/14
JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, </br></br>       Plaintiff, </br></br>       vs. </br></br> PROMETHEUS GLOBAL MEDIA, LLC, </br></br>       Defendant. | Case No. CV-14-2563-PSG-VBK </br></br> [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

# ORDER

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety, with prejudice, each party to bear its respective attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 8/25/14

PHILIP S. GUTIERREZ
_____
The Honorable Philip S. Gutierrez
United States District Judge

*Submitted by:*

Scott A. Zebrak, Esq., admitted *pro hac vice*
E-Mail: scott@oandzlaw.com
OPPENHEIM + ZEBRAK, LLP
4400 Jenifer Street NW, Suite 250
Washington, D.C. 20015
Tel: (202) 450-3758
Fax: (866) 766-1678
Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

1